AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
5643 S. 9th Street
Phoenix, Arizona 85040.

Case No. 23-9134 MB

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  3/21/2023  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  3/7/2023 @ 12:00pm     */s/ ESWillett*
                                              Judge's signature

City and state: Phoenix, Arizona              Honorable EILEEN S. WILLETT, U.S. Magistrate Judge
                                              *Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is 5643 S. 9th Street, Phoenix, Arizona 85040. The **Subject Premises** is a single-family residence. The building is a beige, brick structure, with a terracotta roof covering the front door, with a blue door and "564" in black numbers on the right hand side of the structure. Photographs indicate a faint outline of "3," following the "4," in the address on the structure.



## ATTACHMENT B

The person to be arrested is FRANK CORRALES GONZALEZ, date of birth, November 21, 1998, 5'6", 200 pounds, brown hair, brown eyes, who is captured in the photograph below.

